**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7734**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLARENCE SHELDON JUPITER,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CR-93-4, CA-00-629-7)

─────────────

Submitted: March 8, 2001          Decided: March 16, 2001

─────────────

Before MOTZ, TRAXLER, and KING, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Clarence Sheldon Jupiter, Appellant Pro Se. Donald Ray Wolthuis, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Sheldon Jupiter seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal as frivolous on the reasoning of the district court. See United States v. Jupiter, Nos. CR-93-4; CA-00-629-7 (W.D. Va. Sept. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED